IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWINA RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| TELESIS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Defendant Telesis Corporation ("Telesis"), pursuant to Rule 7.1 of the District of Columbia Court Rules, hereby certify to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Telesis which have any outstanding securities in the hands of the public.

This representation is made in order that the judges of this court may determine the need for recusal.

Dated: March 21, 2007

Respectfully submitted,

Steven W. Ray
D.C. Bar No. 416740
ISLER DARE RAY & RADCLIFFE, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (f)
sray@islerdare.com

Counsel for Defendant Telesis Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2007, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was sent by first class mail, prepaid postage, to:

>Michael J. Hoare
>1101 14th St., N.W., Ste. 710
>Washington, D.C. 20003

>_____
>Steven W. Ray