UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EDWINA RICHARDSON,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 07-00560 (ESH) |
| **TELESIS CORPORATION** | ) | |
| **Defendant.** | ) | |

### ORDER

Upon consideration of plaintiff's motion for remand, defendant's opposition thereto, and plaintiff's reply, the Court will allow limited discovery regarding its jurisdiction over the above-captioned case. It is hereby

**ORDERED** that plaintiff respond to defendant's first set of interrogatories and request for documents on or before June 21, 2007; it is

**FURTHER ORDERED** that defendant file a supplemental pleading on or before July 6, 2007; and it is

**FURTHER ORDERED** that plaintiff reply to defendant's pleading on or before July 13, 2007.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 7, 2007