UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

EDWINA RICHARDSON                )
                                 )
    PLAINTIFF,                   )
                                 )
vs.                              )
                                 )  Civil Action No.   1:07-cv-00560 ESH
TELESIS CORPORATION              )
                                 )
                                 )
    DEFENDANTS.                  )

### STIPULATION OF DISMISSAL

Plaintiff Edwina Richardson and Defendant Telesis Corporation, through their respective counsel and pursuant to F. R.Civ.P. 41(a)(1), hereby stipulate and agree that this action is dismissed with prejudice with each party to bear its own costs.

Respectfully submitted,                          Respectfully submitted,

_____                  _____
Michael J. Hoare D.C. Bar #206979                Stephen W. Ray, D.C. Bar No. 416740
MICHAEL J. HOARE, P.C.                           ISLER DARE RAY & RADCLIFFE, P.C.
1101 14th Street, NW, Suite 710                  1919 Gallows Road, Suite 320
Washington, D.C. 20005                           Vienna, VA 22182
202.408.7901                                     703.748.2690
Attorney for Plaintiff                           Attorney for Defendant